IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
November 2, 2004 Session

## C. NOELLE CHAFFIN v. MARCUS ELLIS

**An Appeal from the Chancery Court for Williamson County**
**No. 27608      R. E. Lee Davies, Judge (by interchange)**

_____

**No. M2003-01620-COA-R3-CV - Filed March 24, 2006**

_____

**ORDER WITHDRAWING OPINION**
_____

The Opinion filed by this Court on August 24, 2005, is hereby withdrawn, and a revised

Opinion is being filed concurrently herewith.


_____
HOLLY M. KIRBY, J.


_____
ALAN E. HIGHERS, J.


_____
DAVID R. FARMER, J.